IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELRAMON TOLLIFERREO, )<br>)<br>Petitioner, )<br>v. )<br>)<br>RAYMOND J. SOBINA, et al, )<br>)<br>Respondents. ) | Case No. 1:08-cv-20 Erie |

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on January 22, 2008, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on April 18, 2008, recommended that the petition for writ of habeas corpus be transferred to the Eastern District of Pennsylvania. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at SCI Albion, where he is incarcerated, and on Respondent. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 27th day of May, 2008;

IT IS HEREBY ORDERED that the petition for writ of habeas corpus be transferred to the Eastern District of Pennsylvania forthwith.

The report and recommendation of Magistrate Judge Baxter, dated April 18, 2008, is adopted as the opinion of the court.

Maurice B. Cohill, Jr.
Senior United States District Judge

cc: Delramon Tolliferreo, FB-0484
SCI Albion
10745 Route 18
Albion, PA 16475